UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Don A Emery  
    Hester W Emery  
        Debtor(s)

Case No. 10 B 19026

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/28/2010.

2) The plan was confirmed on 08/12/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 08/25/2015.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $83,367.01.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $51,831.98 |
| Less amount refunded to debtor | $1,276.06 |

**NET RECEIPTS:** $50,555.92

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,364.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,145.25 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,509.25

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Home Mortgage Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 219.95 | 219.95 | 35.19 | 0.00 |
| Bally Total Fitness | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | 3,564.00 | NA | NA | 0.00 | 0.00 |
| B-Line LLC | Unsecured | 1,930.00 | 1,929.13 | 1,929.13 | 308.66 | 0.00 |
| BP Oil Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BP Oil Co | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | NA | 3,747.99 | 3,747.99 | 599.68 | 0.00 |
| Capital One Bank | Unsecured | NA | 4,469.82 | 4,469.82 | 715.17 | 0.00 |
| Chase Bank USA NA | Unsecured | NA | 196.95 | 196.95 | 31.51 | 0.00 |
| CitiFinancial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 2,995.00 | NA | NA | 0.00 | 0.00 |
| Conseco Finance Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Consolidated Resorts | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 53.00 | 164.29 | 164.29 | 26.29 | 0.00 |
| Diners Club International | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 3,941.00 | 4,182.20 | 4,182.20 | 669.15 | 0.00 |
| East Bay Funding | Unsecured | 2,970.00 | 2,673.82 | 2,673.82 | 427.81 | 0.00 |
| Fifth Third Bank | Unsecured | 100.00 | 14,422.10 | 14,422.10 | 2,307.54 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Guild Book Club | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 74.70 | 74.70 | 11.95 | 0.00 |
| Macy's | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 864.00 | 350.61 | 350.61 | 56.10 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | NA | 3,946.24 | 3,946.24 | 631.40 | 0.00 |
| Paragon Way Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,008.00 | 3,500.52 | 3,500.52 | 560.08 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 4,119.00 | 5,042.44 | 5,042.44 | 806.79 | 0.00 |
| Regency Credit LLC | Unsecured | 1,293.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,909.56 | 1,909.56 | 305.53 | 0.00 |
| Sears/Citibank SD | Unsecured | 1,036.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 289,170.29 | 248,924.88 | 248,924.88 | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Secured | 289,170.29 | 33,766.29 | 33,766.29 | 33,766.29 | 0.00 |
| Snow & Sauerteig | Unsecured | NA | 50.40 | 50.40 | 8.06 | 0.00 |
| Summitt Radiology, PC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Texas Guaranteed Student Loan | Unsecured | NA | 17,567.07 | 17,567.07 | 2,810.73 | 0.00 |
| Thomas Law Firm PC | Unsecured | 1,829.00 | 1,138.00 | 1,138.00 | 182.08 | 0.00 |
| Tidewater Credit Services | Unsecured | 5,884.00 | 4,013.36 | 4,013.36 | 642.14 | 0.00 |
| Total Recovery Services Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| University Pathologists PC H | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Home Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Westlake Hospital | Unsecured | 1,918.00 | 903.24 | 903.24 | 144.52 | 0.00 |
| WJ Management | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $248,924.88 | $0.00 | $0.00 |
| Mortgage Arrearage | $33,766.29 | $33,766.29 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$282,691.17** | **$33,766.29** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$70,502.39** | **$11,280.38** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,509.25 |
| Disbursements to Creditors | $45,046.67 |
| **TOTAL DISBURSEMENTS** : | **$50,555.92** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/28/2015       By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**